463 A.2d 62

Design Space International, Appellant v. Simon.

Argued October 6, 1981. John O'Rourke, for appellant; JoAnne E. Kleiner, for appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

The order of the learned Montgomery County Common Pleas Court Judge Horace A. Davenport is affirmed.

POPOVICH, J., concurred in the result.